**Opinion issued December 31, 2025**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-25-00566-CV

———————————

**SCOTT NICKELL, Appellant**

**V.**

**MARY A. WASSEF, Appellee**

---

**On Appeal from the 152nd District Court**
**Harris County, Texas**
**Trial Court Case No. 2021-61379**

---

## MEMORANDUM OPINION

This is an appeal from a judgment signed June 23, 2025. Appellant has not

paid for the clerk's record or the required filing fee and has not established indigence

for purposes of appellate costs. *See* TEX. R. APP. P. 5, 20.1 (indigence), 37.3(b)

(allowing dismissal of appeal if no clerk's record filed due to appellant's fault); *see*

*also* TEX. GOV'T CODE §§ 51.207, 51.208, 51.941(a); Order Regarding Fees Charged in the Supreme Court, in Civil Cases in the Courts of Appeals, and Before the Judicial Panel on Multi-District Litigation, Misc. Docket No. 15-9158. Appellant failed to respond to our notice of August 26, 2025 (non-payment for the clerk's record) and August 20, 2025 (past due filing fee), that, should appellant not pay the fee for the clerk's record or the filing fee or establish indigence, this appeal was subject to dismissal. *See* TEX. R. APP. P. 5 (allowing enforcement of rule), 37.3(b) (allowing dismissal of appeal if no clerk's record filed due to appellant's fault), 42.3(c) (allowing involuntary dismissal of case). Appellant has not responded to this Court's notices.

We dismiss the appeal. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Rivas-Molloy, Guiney, and Morgan.